**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DARRELL JONIC GASH | CIVIL ACTION NO.  6:24-0367-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BRENTT GASPARD, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections (Record Documents 12 & 13) to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's claims against Brady Holtzclaw be **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's request for release from custody be **DENIED** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this civil action, which asserts claims of civil rights violations against Detective Gaspard, is **STAYED** and the Clerk of Court should **administratively close** this case until further order of the Court. This case will remain closed until such time as Plaintiff might file a motion to lift stay after the completion of his criminal proceedings. He will, if he files such a motion, have to show that the litigations of the claims presented in this case would not run afoul of <u>Heck</u> or that the <u>Heck</u> conditions (charges dismissed or any conviction reversed or set aside) have been met.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this this 20th day of September, 2024.

                                                   _____
                                                   United States District Judge